**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, and TAKEDA PHARMACEUTICALS U.S.A., INC. | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 20-cv-8966-SRC-CLW |
| v. | ) ) ) | |
| NORWICH PHARMACEUTICALS, INC., ALVOGEN PB RESEARCH AND DEVELOPMENT LLC, ALVOGEN PHARMA US, INC., and ALVOGEN GROUP, INC. | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**SECOND DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR IMPROPER VENUE AND FAILURE TO STATE A CLAIM**

I, Andrea Sweet, declare as follows:

1.     I am the same Andrea Sweet who submitted a declaration in this matter dated September 8, 2020.  I submit this declaration in support of Norwich Pharmaceuticals, Inc., ("Norwich"), Alvogen PB Research and Development LLC ("Alvogen PB"), Alvogen Pharma US, Inc. ("Alvogen US"), and Alvogen Group, Inc.'s ("Alvogen Group") Motion to Dismiss for Improper Venue and Failure to State a Claim.

2.     I am familiar with Abbreviated New Drug Application ("ANDA") No. 214547 ("the Norwich ANDA"), which seeks approval from the Food and Drug Administration ("FDA") for Lisdexamfetamine Dimesylate Capsules, 10 mg, 20 mg, 30 mg, 40 mg, 50 mg, 60 mg, and 70 mg ("the Norwich Proposed Product").

3.      Since I started working for Alvogen's United States-based business in 2013, I have worked from a dedicated home office in Connecticut.

4.      Prior to the SARS-CoV-2 pandemic, I also spent at most one week per month working out of an office in Morristown, New Jersey.

5.      I spend less than ▮ percent of my working time on Norwich-related matters, and am not involved in Norwich's day-to-day operations.  Since starting my job in 2013, I have visited Norwich's facility in Norwich, New York less than five separate times.

6.      To the extent that I perform any work related to Norwich when I am in Morristown, New Jersey, I do so because I am in that office for work related to other Alvogen companies.

7.      I am also aware that Dr. Paul Fackler leads the Clinical R&D group at ▮▮▮ ▮▮▮▮▮ Norwich Proposed Product, and that other members of the Clinical R&D group who ▮▮▮▮▮▮ for the Norwich Proposed Product included Meena Venugopal, Nimesh Patel, Bhavesha Patel, and Komal Mulchandani.  Each of these individuals were employed by Alvogen, Inc. and performed the work for Alvogen PB.[1]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this 26th day of October, 2020.

Andrea Sweet

_____

Andrea Sweet

---

[1] Meena Venugopal, Bhavesha Patel, and Komal Mulchandani have since left Alvogen, Inc. and are no longer employed by any Alvogen entity.