Arnold B. Calmann
Katherine A. Escanlar
**SAIBER LLC**
One Gateway Center, 9th Floor
Newark, NJ 07102
(973) 622-3333
acalmann@saiber.com
kescanlar@saiber.com

Jason Murata
**AXINN, VELTROP & HARKRIDER LLP**
560 Mission Street
San Francisco, CA 94015
(415) 490-2000
jmurata@axinn.com

Matthew J. Becker
Edward M. Mathias
Thomas K. Hedemann
**AXINN, VELTROP & HARKRIDER LLP**
90 State House Square
Hartford, CT 06103
(860) 275-8100
mbecker@axinn.com
tmathias@axinn.com
thedemann@axinn.com

*Attorneys for Defendant Norwich Pharmaceuticals, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, and TAKEDA PHARMACEUTICALS U.S.A., INC., <br><br> Plaintiffs, <br><br> v. <br><br> NORWICH PHARMACEUTICALS, INC., <br><br> Defendant. | C.A. NO. 20-CV-8966-SRC-CLW <br><br> *Document Filed Electronically* |

**DECLARATION OF EDWARD M. MATHIAS IN SUPPORT
OF DEFENDANTS' OPENING CLAIM CONSTRUCTION BRIEF**

I, Edward M. Mathias, under penalty of perjury do hereby declare as follows:

1. I am at attorney-at-law at Axinn, Veltrop & Harkrider LLP responsible for representing Defendant Norwich Pharmaceuticals, Inc. ("Norwich") in the above-captioned litigation against Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. ("Takeda").

2. I submit this Declaration in support of Norwich's Opening Claim Construction Brief, filed concurrently, and to authenticate and provide to the Court certain documents cited in the same.

3. I have personal knowledge of the facts stated in this Declaration and am competent to testify to the same.

4. Attached as **Exhibit 1** is a true and correct copy of the Declaration of Mark D. Hollingsworth, Ph.D., in Support of Defendants' Opening Claim Construction Brief with Exhibits A-D.

5. Attached as **Exhibit 2** is a true and correct copy of the Declaration of Drew H. Barzman, M.D., in Support of Defendants' Opening Claim Construction Brief with Exhibit A.

6. Attached as **Exhibit 3** is a true and correct copy of U.S. Patent No. 7,105,486 entitled Abuse-Resistant Amphetamine Compounds, issued September 12, 2006 and bearing the production numbers TAKVYV00000001-91.

7. Attached as **Exhibit 4** is a true and correct copy of U.S. Patent No. 7,223,735 entitled Abuse Resistant Lysine Amphetamine Compounds, issued May 29, 2007 and bearing the production numbers TAKVYV00000092-182.

8. Attached as **Exhibit 5** is a true and correct copy of U.S. Patent No. 7,659,254 entitled Abuse-Resistant Amphetamine Prodrugs, issued February 9, 2010 and bearing the production numbers TAKVYV00000435-541.

9. Attached as **Exhibit 6** is a true and correct copy of U.S. Patent No. 7,662,787 entitled Abuse Resistant Lysine Amphetamine Compounds, issued February 16, 2010 and bearing the production numbers TAKVYV00000542-633.

10. Attached as **Exhibit 7** is a true and correct copy of U.S. Patent No. 7,662,788 entitled Abuse-Resistant Amphetamine Prodrugs, issued February 16, 2010 and bearing the production numbers TAKVYV00000634-741.

11. Attached as **Exhibit 8** is a true and correct copy of U.S. Patent No. 7,671,030 entitled Abuse-Resistant Amphetamine Prodrugs, issued March 2, 2010 and bearing the production numbers TAKVYV00000742-851.

12. Attached as **Exhibit 9** is a true and correct copy of U.S. Patent No. 7,671,031 entitled Abuse-Resistant Amphetamine Prodrugs, issued March 2, 2010 and bearing the production numbers TAKVYV00000852-959.

13. Attached as **Exhibit 10** is a true and correct copy of U.S. Patent No. 7,674,774 entitled Abuse-Resistant Amphetamine Prodrugs, issued March 9, 2010 and bearing the production numbers TAKVYV00000960-1069.

14. Attached as **Exhibit 11** is a true and correct copy of U.S. Patent No. 7,678,770 entitled Abuse-Resistant Amphetamine Prodrugs, issued March 16, 2010 and bearing the production numbers TAKVYV00001070-1180.

15. Attached as **Exhibit 12** is a true and correct copy of U.S. Patent No. 7,678,771 entitled Abuse Resistant Amphetamine Prodrugs, issued March 16, 2010 and bearing the production numbers TAKVYV00001181-1289.

16. Attached as **Exhibit 13** is a true and correct copy of U.S. Patent No. 7,687,466 entitled Abuse-Resistant Amphetamine Prodrugs, issued March 30, 2010 and bearing the production numbers TAKVYV00001290-1397.

17. Attached as **Exhibit 14** is a true and correct copy of U.S. Patent No. 7,687,467 entitled Abuse-Resistant Amphetamine Prodrugs, issued March 30, 2010 and bearing the production numbers TAKVYV00001398-1507.

18. Attached as **Exhibit 15** is a true and correct copy of U.S. Patent No. 7,700,561 entitled Abuse-Resistant Amphetamine Prodrugs, issued April 20, 2010 and bearing the production numbers TAKVYV00001508-1619.

19. Attached as **Exhibit 16** is a true and correct copy of U.S. Patent No. 7,713,936 entitled Abuse-Resistant Amphetamine Prodrugs, issued May 11, 2010 and bearing the production numbers TAKVYV00001620-1730.

20. Attached as **Exhibit 17** is a true and correct copy of U.S. Patent No. 7,718,619 entitled Abuse-Resistant Amphetamine Prodrugs, issued May 18, 2010 and bearing the production numbers TAKVYV00001731-1838.

21. Attached as **Exhibit 18** is a true and correct copy of U.S. Patent No. 7,723,305 entitled Abuse-Resistant Amphetamine Prodrugs, issued May 25, 2010 and bearing the production numbers TAKVYV00001839-1947.

22. Attached as **Exhibit 19** is a true and correct copy of Stedman's Medical Dictionary (26th ed. 1995), bearing the production numbers TAKVYV01743255-57.

23. Attached as **Exhibit 20** is a true and correct copy of Merriam Webster's Medical Desk Dictionary (1996), bearing the production numbers TAKVYV01745286-89.

24. Attached as **Exhibit 21** is a true and correct copy of Dictionary of Pharmacy (University of South Carolina Press 1986), bearing the production numbers NORWICH_LDX_000004812-4814.

25. Attached as **Exhibit 22** is a true and correct copy of Dictionary of Medicine (Peter Collin Pub., 3rd ed. 2000), bearing the production numbers NORWICH_LDX_000004809-4811.

26. Attached as **Exhibit 23** is a true and correct copy of The American Heritage Desk Dictionary 3 (4th ed. 2003), bearing the production numbers TAKVYV01743210-14.

27. Attached as **Exhibit 24** is a true and correct copy of Funk & Wagnalls, New International Dictionary of The English Language 5 (Comprehensive ed. 1995), bearing the production numbers TAKVYV01743245-47.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct and this declaration was executed by me on July 27, 2021.

Dated: July 27, 2021

                                                                            Edward M. Mathias