UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED et al., | Civil Action No. 20-8966 (SRC) |
| Plaintiffs, | |
| v. | **OPINION & ORDER** |
| NORWICH PHARMACEUTICALS, INC. et al., | |
| Defendants. | |

**CHESLER**, District Judge

This matter comes before the Court on the motion *in limine* by Plaintiffs Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A. Inc. (collectively, "Takeda") seeking to preclude Defendant Norwich Pharmaceuticals, Inc. ("Norwich") from offering argument or evidence at trial regarding its strategy in this litigation. For the reasons that follow, the motion will be denied without prejudice.

As Norwich argues in opposition, Takeda has not explained how the material it seeks to exclude is relevant to the issues to be tried, patent infringement and invalidity. Because of this, the motion will be denied, but without prejudice: should the issue arise at trial, Takeda is free to renew the motion.

For these reasons,

**IT IS** on this 24th day of October, 2022

**ORDERED** that Plaintiff's motion *in limine* # 1 (Docket Entry No. 401) is **DENIED** without prejudice.

                                                        s/ Stanley R. Chesler
                                                   STANLEY R. CHESLER
                                                 United States District Judge